**Order entered November 14, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-01001-CV

**DALLAS COUNTY, Appellant**

**V.**

**RUTH ISAAC, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-00857-C**

### ORDER

The reporter's record in this accelerated appeal is overdue. By postcard dated October 12, 2022, we notified the official court reporter for County Court at Law No. 3 that the record was overdue. We directed the reporter to file the record within ten days. To date, we have received no response.

Accordingly, we **ORDER** court reporter Janet E. Wright to file, **no later than November 23, 2022**, either the reporter's record or written verification no hearings were recorded.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Sally Montgomery, Presiding Judge of County Court at Law No. 3; Ms. Wright; and, the parties.

/s/    KEN MOLBERG
        JUSTICE